# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BUFFETS HOLDINGS, INC., et al.,<br><br>Debtors | Chapter 11<br><br>Case No. 08-10141 (MFW)<br><br>Jointly Administered<br><br>Related Docket No. 765 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF BUFFETS HOLDINGS, INC., et al.,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT SUISSE, CAYMAN ISLANDS BRANCH, Individually and as Collateral Agent, Administrative Agent, Swingline Lender, and Issuing Bank, together with all Pre-Petition Lenders for whom Credit Suisse acts as Agent,<br><br>Defendants. | Adv. Proc. No. 08-50603 |

## ORDER GRANTING IN PART AND DENYING IN PART MOTION OF CREDIT SUISSE, CAYMAN ISLANDS BRANCH, TO PARTIALLY DISMISS THE ADVERSARY PROCEEDING

The Court having considered the Motion of Credit Suisse, Cayman Islands Branch, to Partially Dismiss the Adversary Proceeding (the "Motion to Dismiss") (Docket No. 7), it is hereby:

ORDERED that the Motion to Dismiss the Committee's Fifth Cause of Action is GRANTED, and that cause of action is DISMISSED with prejudice;

ORDERED that the Motion to Dismiss that portion of the Committee's Second Cause of Action that seeks a declaratory judgment that the Defendants' pre-petition collateral does not include "the 'goodwill' attributable to the operation of Debtors' restaurants at [certain] unencumbered leasehold locations" is GRANTED, and that portion only of the Second Cause of Action is DISMISSED with prejudice; and

ORDERED that the Motion to Dismiss the Committee's Third Cause of Action is DENIED and the Court grants judgment thereon declaring that none of the property designated as "Building Equipment" in the FIGRYANH Master Lease and in the Realty Income Leases is property of the Debtors, and that such property is not encumbered by Defendants' pre-petition liens, except to the extent that such property is encumbered by Defendants' liens on the FIGRYANH and Realty Income leasehold interests themselves.

Dated: November 25, 2008

MARY F. WALRATH,
UNITED STATES BANKRUPTCY JUDGE